IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      No. 4:12-cr-246-DPM-22

BLANCA FUENTES                                              DEFENDANT

ORDER

The Government's unopposed motion to dismiss the Indictment as against Blanca Fuentes, № 458, is granted. All charges against Fuentes are dismissed without prejudice. According to the United States Marshals Service, Fuentes is not being held on an ICE detainer. She should be released from custody immediately.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2013